■ BENITA AYALA, Appellant, v LINCOLN MEDICAL & MENTAL HEALTH CENTER et al., Respondents. BENITA AYALA, Appellant, v AVINASH JADHAV et al., Respondents. [938 NYS2d 437]—

Striking the answers would have been inappropriate, given the lack of a clear showing that defendants' failure to comply with discovery orders was willful, contumacious, or in bad faith (*see Delgado v City of New York*, 47 AD3d 550 [2008]). Indeed, there is evidence in the record that defendants attempted to comply with their disclosure obligations, but did not possess the requested discovery pertaining to plaintiff's total knee replacement surgery (*see Scott v King*, 83 AD3d 510, 511 [2011]; *see also Harris v City of New York*, 211 AD2d 662, 663 [1995]). In light of the strong preference that matters be decided on the merits (*Banner v New York City Hous. Auth.*, 73 AD3d 502, 503 [2010]), the court providently exercised its discretion in imposing a less drastic sanction (*see Palmenta v Columbia Univ.*, 266 AD2d 90, 91 [1999]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Friedman, J.P., Sweeny, Renwick, DeGrasse and Román, JJ.